ORIGINAL

EDWARD H. KUBO, JR., #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney

KEVIN T. CARLISLE
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone No. 257-2110
Facsimile No. 257-1829
E-mail: Kevin.carlisle@usmc.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 02 2007

at 10 o'clock and 52 min A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>BRIAN K. ELLIS<br><br>          Defendant. | CR. NO. CR07 00509<br><br>COUNT I: 32 C.F.R 634.25;<br>HRS 286-116<br>Citation: 1215578/H30<br><br>A&P: 3 October 2007 |

INFORMATION

COUNT I:
[32 C.F.R. §634.25; HRS 286-102]

The United States Attorney charges:

That, on or about July 11, 2007, at Marine Corps Base Hawaii, Kaneohe Bay, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the

District of Hawaii, BRIAN K. ELLIS, defendant, herein, failed to have in his possession at all times, a valid motor vehicle license and failed to display the same upon demand of a police officer.

All in violation of Hawaii Revised Statute 286-116, a Federal offense pursuant to Title 32, Code of Federal Regulations, Section 634.25.

DATED:  Honolulu, Hawaii, \_\_\_OCT 0 2 2007_____.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*/s/ Kevin Carlisle*

KEVIN T. CARLISLE
Special Assistant U.S. Attorney
District of Hawaii


UNITED STATES v. BRIAN K. ELLIS
CIT. NO.: 1215578/H30
INFORMATION